IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  10-cv-02010-WYD-KMT

VIOLET A. BRYANT,

    Plaintiff,

v.

VISTAR CORPORATION, a Colorado corporation;
VISTAR MANAGEMENT, INC., a Delaware corporation;
PERFORMANCE FOOD GROUP COMPANY, LLC, a Delaware limited liability company,

    Defendants.

---

## ORDER

---

THIS MATTER comes before the Court upon the Stipulated Motion regarding dismissal of Parties filed by the parties.  The Court, having reviewed the Stipulated Motion and being fully advised in the premises,

ORDERS that the Stipulated Motion Regarding Dismissal of Parties (ECF No. 18) is **GRANTED**.  In accordance therewith, the following is approved by this Court and entered as an Order.

    1.    On November 9, 2010, after the filing of Plaintiff's original complaint, Vistar Corporation filed amendments to its Articles of Incorporation, changing its name to Performance Food Group, Inc., a Colorado corporation.

2. The parties agree that Performance Group, Inc., f/k/a Vistar Corporation is Violet Bryant's "employer" pursuant to 42 U.S.C. § 2000e and 42 U.S.C. § 12111 for the purposes of this litigation and the real party in interest pursuant to Fed. R. Civ. P. 17(a).

3. Vistar Management, Inc. and Performance Food Group, LLC are **DISMISSED** as parties in this lawsuit.

4. Regarding Defendants' affirmative defenses, Plaintiff's charge of discrimination ("Charge"), filed with the Equal Employment Opportunity Commission, to the extent the Charge was timely raised and preserved Title VII claims against Vistar Corporation, Vistar Management, Inc. and Performance Food Group, LLC, such claims shall be deemed preserved as to Performance Food Group, Inc., f/k/a Vistar Corporation, to the same extent and effect.

5. Defendants will not assert that the "employment" of individuals who worked at any of the entities Performance Food Group, Inc., Vistar Corporation, Vistar Management, Inc. and Performance Food Group, LLC is a basis for denying that Plaintiff failed to put Defendants on notice of any alleged discriminatory conduct. Defendants retain the right to assert that Plaintiff did not, in fact, complain about any unlawful behavior, or otherwise put Defendants on notice of any of the alleged conduct.

6. The Caption in this matter shall hereafter be modified to read: Violet Bryant, Plaintiff v. Performance Food Group, Inc., f/k/a Vistar Corporation, Defendant.

7. Discovery will be permitted, to the extent that the rules of procedure permit, of any entities of the entities Performance Food Group, Inc., Vistar Corporation,

Vistar Management, Inc. and Performance Food Group, LLC.  Defendants preserve all other objections to the requested discovery.

Dated:  January 20, 2011

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge