IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  10-cv-02010-WYD-KMT

VIOLET A. BRYANT,

    Plaintiff,

v.

PERFORMANCE FOOD GROUP, INC., a Colorado corporation, f/k/a VISTAR CORPORATION, a Colorado corporation.

    Defendant.

---

**ORDER**

---

    Upon the filing of the Parties' Stipulated Motion to Dismiss with Prejudice and a review of the file, it is hereby

    ORDERED that Parties' Stipulated Motion to Dismiss with Prejudice filed July 22, 2011 (ECF No. 51) is **GRANTED.**  In accordance therewith, it is

    ORDERED that this matter is **DISMISSED WITH PREJUDICE**, each party to bear its own costs and fees.

    Dated:  July 22, 2011

                            BY THE COURT:

                            s/ Wiley Y. Daniel
                            Wiley Y. Daniel
                            Chief United States District Judge